**STATEMENT OF FACTS**

On Saturday, April 11, 2020, at approximately 3:15 p.m., members of the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) Narcotics Enforcement Unit (NEU) were patrolling and conducting operations in the area of Benning Road Northeast and East Capitol Street Northeast in Washington, D.C. An undercover officer observed a Nissan Sentra sedan with Virginia hard tags of UMW1644 in the area. The undercover officer requested that officers nearby run a WALES/NCIC query of the vehicle. That inquiry revealed that the Virginia hard tags belonged to a Toyota, not the Nissan it was affixed to. MPD officers conducted a traffic stop on the Nissan in the 2000 block of C Street Northeast.

The driver, later identified as Damion Johnson (Defendant Johnson) and the passenger, who was identified on scene, were stepped out of the vehicle. The Vehicle Identification Number of the Nissan was run in WALES/NCIC and revealed that the vehicle was stolen out of Prince George's County Maryland. Defendant Johnson was placed under arrest for Misuse of Tags and Unauthorized Use of a Vehicle.

Search incident to arrest revealed a firearm in the groin area of Defendant Johnson. Before retrieval, Defendant Johnson confirmed that the item in his groin was a firearm verbally and helped officers remove the firearm from his person safely. Defendant Johnson was transported to the Fifth District police station for processing. Federal Bureau of Investigation Special Agent Farrar read Defendant Johnson his Miranda Rights, which he waived. Defendant Johnson admitted to possessing the handgun. Defendant Johnson stated that he purchased the firearm within the last week for protection.

The firearm that was recovered from Defendant Johnson's groin area was determined to be a Glock, model 19, 9mm semiautomatic handgun with a serial number of FB049. When it was recovered, it was loaded with one (1) round in the chamber and thirteen (13) rounds in a fifteen (15) round capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia, therefore the firearm and ammunition in this case would have traveled in interstate commerce.

A criminal history check of Defendant Johnson through the National Crime Information Center confirmed that the defendant has a prior felony conviction in the Seventh Judicial Circuit Court for Prince George's County Maryland, Criminal Case No. T141300B for Armed Robbery. The defendant was sentenced to fifteen (15) years for this conviction. The affiant was notified by Detective Kingsley of MPD that the defendant was the age of 18 years old when he was charged and found guilty and was 19 years old when he was sentenced for this conviction. The detective also informed the affiant that this was confirmed by U.S. District Court Pretrial Services and that this is an adult conviction. Therefore, the defendant was aware at the time of this incident that he has a prior conviction for a crime punishable by more than one year.

Officer Cole was present for the initial contact of Defendant Johnson, the investigation and the arresting officer of Defendant Johnson.

_____
OFFICER BRITTANY COLE
METROPOLITAN POLICE DEPARTMENT

*Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on April 13, 2020.*

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE